UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:22-cv-20818-CMA

HOWARD MICHAEL CAPLAN,

    Plaintiff,

vs.

P & J AUTO COMPRESSORS, INC., a Florida Profit Corporation d/b/a AAA RADIATOR AND AUTO AIR CONDITIONING and MARY SHAKED, Trustee of the Roy Shaked Spousal Limited Access Irrevocable Trust Agreement,

    Defendant(s).
_____/

## NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE

Plaintiff, HOWARD MICHAEL CAPLAN, by and through undersigned counsel, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby files a Notice of Voluntary Dismissal of this Action with Prejudice.

Dated this April 22, 2022.

Respectfully submitted,

By: *Ronald E. Stern*
Ronald E. Stern, Esq.
Florida Bar No. 10089
Ronnette Gleizer, Esq.
Florida Bar No. 87417
THE ADVOCACY LAW FIRM, P.A.
1250 East Hallandale Beach Blvd., Suite 503
Hallandale Beach, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Email: ronsternlaw@gmail.com, advocacylawfirmpa@gmail.com
Attorneys for Plaintiff, HOWARD MICHAEL CAPLAN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:22-cv-20818-CMA

HOWARD MICHAEL CAPLAN,

      Plaintiff,

vs.

P & J AUTO COMPRESSORS, INC., a Florida Profit Corporation d/b/a AAA RADIATOR AND AUTO AIR CONDITIONING and MARY SHAKED, Trustee of the Roy Shaked Spousal Limited Access Irrevocable Trust Agreement,

      Defendant(s).
_____/

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on April 22, 2022, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the aforementioned documents are being served on all counsel of record, corporations, or pro se parties identified on the attached Service List in the manner specified either via transmission of Notices of Electronic Filing generated by CM/ECF or via U.S. Mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: _Ronald E. Stern_
Ronald E. Stern, Esq.
Florida Bar No. 10089
Ronnette Gleizer, Esq.
Florida Bar No. 87417
THE ADVOCACY LAW FIRM, P.A.
1250 East Hallandale Beach Blvd.
Suite 503
Hallandale Beach, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Email: ronsternlaw@gmail.com, advocacylawfirmpa@gmail.com
Attorney for Plaintiff, HOWARD MICHAEL CAPLAN

## SERVICE LIST:

HOWARD MICHAEL CAPLAN vs. P & J AUTO COMPRESSORS, INC., a Florida Profit Corporation d/b/a AAA RADIATOR AND AUTO AIR CONDITIONING and MARY SHAKED, Trustee of the Roy Shaked Spousal Limited Access Irrevocable Trust Agreement

United States District Court Southern District Of Florida

CASE NO. 1:22-cv-20818-CMA

**P & J AUTO COMPRESSORS, INC. d/b/a AAA RADIATOR AND AUTO AIR CONDITIONING**

**REGISTERED AGENT:**

SHAKED, ROY
10125 WEST BROADVIEW DR
BAY HARBOR ISLAND, FL 33154

**VIA U.S. MAIL**

**MARY SHAKED, Trustee of the Roy Shaked Spousal Limited Access Irrevocable Trust Agreement**

10125 WEST BROADVIEW DR
BAY HARBOR ISLAND, FL 33154

**VIA U.S. MAIL**